UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DENERICK NELSON, JR., | No. 2:23-cv-1438 KJN P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 18, 2023, petitioner filed an amended petition. On November 15, 2023, petitioner filed a motion to amend. However, petitioner did not provide a complete amended petition; rather, he simply included his proposed new claim within the motion. Moreover, it is unclear whether petitioner has exhausted this claim by filing it in the California Supreme Court. Rather, petitioner alleges the proposed new claim was filed in the Third District Court of Appeals and concedes he has lost track of what claims were exhausted because he lost his writs filed in the California Supreme Court. (ECF No. 13 at 4.)

As petitioner was previously informed, petitioner must file an amended petition that raises all of his claims in one document. Thus, petitioner's second motion to amend is denied without prejudice to petitioner appending a proposed second amended petition that includes all of his claims, including the proposed new claim.

1

At this time, respondent is obligated to file a responsive pleading within sixty days from October 18, 2023. the date petitioner filed his amended petition. (ECF Nos. 8, 11.) Because it is unclear whether petitioner has exhausted the proposed new claim by filing it in the California Supreme Court, petitioner shall not renew his motion to file a second amended petition until after respondent files a responsive pleading and lodges the state court record.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to file a second amended petition (ECF No. 13) is denied without prejudice.

2. Petitioner is granted thirty days from the date respondent files a responsive pleading in which to file a motion to amend, along with a complete second amended petition that includes all of petitioner's claims, including the proposed new claim.

3. The Clerk of the Court shall serve a copy of this order on Tami Krenzin, Supervising Deputy Attorney General.

Dated: November 28, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nels1438.den2