UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DENERICK NELSON, JR., | No. 2:23-cv-1438 TLN KJN P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 18, 2023, respondent filed a motion to dismiss.  Petitioner did not file an opposition to the motion.  Rather, petitioner objected that respondent did not file an answer, acknowledged that default is not appropriate in habeas proceedings, and instead requested unidentified discovery.  (ECF No. 19.)  On December 26, 2023, petitioner filed a motion to strike respondent's motion, claiming that respondent failed to timely file a responsive pleading, objecting that respondent did not file a responsive pleading 60 days after petitioner filed an amended petition on October 18, 2023.

However, on October 3, 2023, respondent was relieved of the obligation to respond to the original petition.  (ECF No. 11.)  On October 18, 2023, petitioner filed an amended petition, and on November 15, 2023, petitioner filed a motion to amend.  Because petitioner is proceeding in forma pauperis, the court must first screen the amended petition.  On November 28, 2023, the

1

court denied petitioner's motion to amend and ordered respondent to file a responsive pleading within thirty days. On December 18, 2023, well within such thirty-day deadline, respondent filed the motion to dismiss. Under the Federal Rules, respondent is permitted to file a motion to dismiss rather than an answer. Therefore, petitioner's objections are without merit. In an abundance of caution, petitioner is granted an extension of time in which to file an opposition to the pending motion to dismiss.

Petitioner is reminded that Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id. In other words, failure to file a substantive opposition to the pending motion will result in a recommendation that the motion be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for discovery (ECF No. 19) is denied without prejudice;

2. Petitioner's motion to strike (ECF No. 20) is denied, and his objections are overruled; and

3. Petitioner is granted twenty-one days from the date of this order to file an opposition to respondent's motion to dismiss. Petitioner is cautioned that failure to file an opposition to the pending motion to dismiss will result in a recommendation that the motion be granted.

Dated: January 2, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nels1438.46h