UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DENERICK NELSON, JR., | No. 2:23-cv-1438 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 2, 2024, petitioner was granted 21 days to file an opposition to respondent's motion to dismiss.  On January 3, 2023, petitioner's motion for thirty-day extension of time to file a second amended petition and to reply to respondent's motion to dismiss was entered on the court's docket.

First, because respondent filed a responsive pleading, petitioner must file a motion to amend in order to further amend his pleading in this action.  Fed. R. Civ. P. 15(a).  Because petitioner proceeds in forma pauperis, he must also append the proposed second amended petition to any motion to amend.

Second, because it appears petitioner did not receive the motion to dismiss until December 26, 2023, petitioner is granted thirty days from the date of this order in which to file his opposition to respondent's motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 22) is partially granted; and

2. Petitioner is granted thirty days from the date of this order to file an opposition to respondent's motion to dismiss. Petitioner is cautioned that failure to file an opposition to the pending motion to dismiss will result in a recommendation that the motion be granted.

Dated: January 4, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nels1438.111

2