UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DENERICK NELSON, JR., | No. 2:23-cv-1438-TLN-KJN |
| Petitioner, | |
| v. | **ORDER** |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 02, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  The time to file objections has passed, and neither party filed objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on February 2, 2024 (ECF No. 29) are ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (ECF No. 15) is GRANTED;
3. Petitioner's Motion to Amend (ECF No. 26) is DENIED;
4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253;
5. The Clerk of the Court is directed to assign a new case number to Petitioner's January 9, 2024 Petition for Writ of Habeus Corpus (ECF No. 27); and
6. The Clerk of Court is directed to close this case.

Date: March 11, 2024

_____
Troy L. Nunley
United States District Judge